IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CURTIS BRANDON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 00-1656 |
| | ) |
| PHILIP JOHNSON, Superintendent, | ) |
| SCI-Pittsburgh; MICHAEL FISHER, | ) |
| Attorney General of PA, and | ) |
| STEPHEN A. ZAPPALA, JR., | ) |
| | ) |
| Respondents. | ) |

ORDER OF COURT

AND NOW, this 8th day of November, 2005, plaintiff having filed a Motion pursuant to Federal Rule Civil Procedure 60(b)(Document No. 59, IT IS ORDERED that respondents shall file a response to said motion on or before December 2, 2005.

Gustave Diamond
United States District Judge

cc: Curtis Brandon

Stephen A. Zappala, Jr.
W. Richard Booth
Office of the District Attorney
401 Allegheny County Courthouse
Pittsburgh, PA 15219