IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CURTIS BRANDON,
                        Petitioner,

            V.                                    CIVIL ACTION NO. 00-01656

SUPERINTENDENT JOHNSON,
Respondent,
and the ATTORNEY GENERAL OF THE
COMMONWEALTH OF PENNSYLVANIA,       ELECTRONICALLY FILED
Additional Respondent.


NOTICE OF APPEARANCE


Please enter the appearance of the undersigned for respondents in the above-entitled case.


SEND ALL NOTICES TO:

Allegheny County District Attorney's Office
401 Allegheny County Courthouse
Pittsburgh, PA 15219-2489

                                              s/ Paul R. Scholle
paul.scholle@da.allegheny.pa.us               PAUL R. SCHOLLE
                                              Assistant District Attorney
Phone: (412) 350-4377                         PA. I.D. NO. 60341



To:    Office of the Clerk
       United States District Court
       for the Western District of Pennsylvania
       U.S. Post Office & Courthouse
       Seventh Avenue & Grant Street
       Pittsburgh, PA 15219