IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CURTIS BRANDON,<br>　　　Petitioner<br><br>　　　V.<br><br>PHILIP JOHNSON, Superintendent,<br>SCI-Pittsburgh; MICHAEL FISHER,<br>Attorney General of Pennsylvania,<br>and STEPHEN A. ZAPPALA, JR.,<br>District Attorney of Allegheny County<br>　　　Respondents' | CIVIL ACTION NO. 00-1656<br><br>Judge Gustave Diamond/<br>Magistrate Judge Sensenich<br><br>FILED<br>JAN 30 2006<br>CLERK U.S. DISTRICT COURT<br>DIST. OF PENNSYLV |

PETITIONER'S MOTION FOR PRODUCTION OF DOCUMENTS PURSUANT FED.R.CIV.P. RULE 34

AND NOW, comes, CURTIS BRANDON, Petitioner, pro se, who files this said Motion For Production Of Documents pursuant to Fed.R.Civ.P. Rule 34 and, presents the facts in support thereto as the following:

A.   FACTS

1.   This Court asserted Respondents' provided their response to Petitioner by their proof of service on December 2, 2005. See this Court's "MEMORANDUM ORDER" at "p. 1 at n. 2," (1/19/2006). Petitioner never came into receipt of the Respondents' response (dkt. no. 63). Petitioner wrote Kim Ulisny, SCI-Graterford's Mail Room Supervisor, and Sgt. White, SCI-Graterford's "C" Block Sergeant, requesting that they both check with the prison's Legal Mail Log to see if any legal mail was delivered at SCI-Graterford for Petitioner from the Respondents' and, both asserted SCI-Graterford does not keep any Legal Mail Log. See Kim Ulisny and Sgt. White's responses to Petitioner's DC-135A INMATE'S REQUEST TO STAFF MEMBER as Petitioner's (Exhibit "A"). Therefore, Petitioner requests that this Court provide Petitioner with Respondents' response (dkt. no. 63), or in the alternative this Court order Respondents' to provide it to Petitioner.   ¶

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:  _Curtis Brandon_
　　　　　　　　　　　　　　　　　　　　　CURTIS BRANDON   DV-2954
　　　　　　　　　　　　　　　　　　　　　Box 244
　　　　　　　　　　　　　　　　　　　　　Graterford, PA. 19426-0244
　　　　　　　　　　　　　　　　　　　　　Petitioner, pro se

Date: January 25, 2006

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br>**INSTRUCTIONS**<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>**Ms. Kim Ulisny, Mail Room Supervisor** | 2. Date:<br>**January 24, 2006** |
| 3. By: (Print Inmate Name and Number)<br>**Mr. Curtis Brandon   DV-2954**<br>*[signature]*<br>Inmate Signature | 4. Counselor's Name<br>**Sellers**<br>5. Unit Manager's Name<br>**Pallott** |
| 6. Work Assignment<br>**N/A** | 7. Housing Assignment<br>**CA-1078** |

8. Subject: State your request completely but briefly. Give details.

Re: My Incoming Legal Mail For The Month Of December 2005

In regards to Civil Action No. 00-1656 IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA, I received the judge's "Memorandum Order" of January 19, 2006 — in which he asserted that "Stephen A. Zappala, Jr.; Paul R. Scholle, Office of the District Attorney, 401 Allegheny County Courthouse, Pittsburgh, Pa. 15219" — allegedly mailed me their response to my Civil Action matter on December 2, 2005, but I never received it.

Therefore, I would like for you to check your legal mail log and, tell me whether or not if your mail room received any incoming legal mail for me during the month of December 2005 from "Stephen A. Zappala, Jr. or Paul R. Scholle, Esquire, from the Office of the District Attorney?

I thank you for your attention in this matter.

cc: File

9. Response: (This Section for Staff Response Only)

We do not keep a log of legal mail. As per DC-ADM 803 privileged mail is open and inspected in your presence. There is no policy to keep a log.

To DC-14 CAR only ☐                To DC-14 CAR and DC-15 IRS ☐

Staff Member Name _____ / *[signature]* Date 1/25/06
                        Print                    Sign

Revised July 2000

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Sgt. White, "C" Block Sgt. | 2. Date:<br>January 25, 2006 |
| 3. By: (Print Inmate Name and Number)<br>Mr. Curtis Brandon   DV-2954<br><br>*/s/ M. C. B.*<br>Inmate Signature | 4. Counselor's Name<br>Sellers |
| | 5. Unit Manager's Name<br>Pallott |
| 6. Work Assignment<br>N/A | 7. Housing Assignment<br>CA-1078 |

8. Subject: State your request completely but briefly. Give details.

Re: My Incoming Legal Mail For The Month Of December 2005

In regards to Civil Action No. 00-1656 IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA, I received the judge's "MEMORANDUM ORDER" of January 19, 2006 — in which he asserted that "Stephen A. Zappala, Jr.; Paul R. Scholle, Office of the District Attorney, 401 Allegheny County Courthouse, Pittsburgh, PA. 15219" — allegedly mailed me their response to my Civil Action matter on December 2, 2005, but I never received it.

Therefore, I would like for you to check with "C" Block's Legal Mail Log and, write down in this DC-135A form whether or not if any incoming legal mail was given to me for the month of December 2005 from either "Stephen A. Zappala, Jr., Esquire, or Paul R. Scholle, Esquire, or any one else from the office of the District Attorney?

cc: File

9. Response: (This Section for Staff Response Only)

Block Legal mail is no longer handled by us. It is handled by the mail room and dispersed @ DCO. Therefore forward this to the mail room for a list of your activity. Care of Kim (Supervisor).

To DC-14 CAR only ☐      To DC-14 CAR and DC-15 IRS ☐

Staff Member Name _____/_____    Date 1/25/06
                        Print      Sign

Revised July 2000

## CERTIFICATION OF SERVICE

I, CURTIS BRANDON, Petitioner, hereby certify that on January 25, 2006, I caused to be served a true and correct copy of the foregoing document entitled "PETITIONER'S MOTION FOR RECONSIDERATION OF PETITIONER'S FED.R.CIV.P. RULE 60(b)(1)(2)(3)(4) AND (6) MOTION " and "PETITIONER'S MOTION FOR PRODUCTION OF DOCUMENTS PURSUANT FED.R.CIV.P. RULE 34" by depositing the same in the United States Mail, First-class, postage prepaid, to the person listed below as the following:

Office of the District Attorney
Paul R. Scholla, Esquire
County of Allegheny
303 Courthouse
Pittsburgh, PA. 15219-2489

*Curtis Brandon*
CURTIS BRANDON
Petitioner, pro se

7