IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CURTIS BRANDON,              )
                             )
          Petitioner,        )
                             )
     v.                      )  Civil Action No. 00-1656
                             )
PHILIP JOHNSON, Superintendent, )
SCI-Pittsburgh; MICHAEL FISHER, )
Attorney General of Pennsylvania[1], )
and STEPHEN A. ZAPPALA, JR.,    )
District Attorney of Allegheny  )
County                          )
          Respondents.          )

ORDER

AND NOW, this 13th day of February, 2006, the court having received petitioner's supplemental motion for reconsideration of this court's order dated January 19, 2006, denying his motion for relief pursuant to Rule 60(b) of the Federal Rules of Civil Procedure (Document No. 67), IT IS ORDERED that petitioner's motion be, and the same hereby is, **denied** for the reasons set forth in this court's prior orders dated January 19, 2006, and February 1, 2006.

                                        Gustave Diamond
                                        United States District Judge

---

[1] Michael Fisher has been succeeded as Attorney General of Pennsylvania by Tom Corbett.

- 2 -

cc:   Curtis Brandon

      Stephen A. Zappala, Jr.
      Paul R. Scholle
      Office of the District Attorney
      401 Allegheny County Courthouse
      Pittsburgh, PA 15219

- 2 -