IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CURTIS  BRANDON,                              :     CIVIL ACTION NO. 00-1656
              Petitioner                      :
                                              :
        V.                                    :     Judge Gustave Diamond/
                                              :     Magistrate Judge Sensenich
PHILIP JOHNSON, Superintendent,               :
SCI-Pittsburgh; MICHAEL FISHER,               :
Attorney General of Pennsylvania,             :
and STEPHEN A. ZAPPALA, JR.,                  :
District Attorney of Allegheny County         :
              Respondents'                    :

PETITIONER'S "NOTICE OF APPEAL"

AND NOW, comes, Petitioner, CURTIS BRANDON, pro se, whom files this
"Notice Of Appeal" for The Third Circuit Court Of Appeals relative to Judge
Gustave Diamond's "Order" denying Petitioner's Fed.R.Civ.P. Rule 60(b)(1)(2)
(3)(4) And (6) Motion entered in this matter dated January 19, 2006, that
Petitioner came into receipt of dated January 23, 2006.

Respectfully submitted,

By: _____
CURTIS  BRANDON       DV-2954
Box 244
Graterford, PA. 19426-0244
Petitioner/Appellant, pro se

Date: February 14, 2006