IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CURTIS BRANDON,<br>Petitioner<br><br>v.<br><br>PHILIP JOHNSON, Superintendent, SCI-Pittsburgh; MICHAEL FISHER, Attorney General of Pennsylvania, and STEPHEN A. ZAPPALA, JR., District Attorney of Allegheny County<br>Respondents' | : | CIVIL ACTION NO. 00-1656<br><br>Judge Gustave Diamond/<br>Magistrate Judge Sensenich |

IN FORMA PAUPERIS VERIFIED STATEMENT

I, CURTIS BRANDON, Appellant, hereby state under penalty provided by 18 Pa.C.S. § 4904 that:

1. I am the Petitioner/Appellant in the above-captioned matter, and because of my financial condition I am unable to pay the following fees and costs: (a) appellate filing fees, and (b) costs of reproducing records or briefs.

2. My responses to the questions below relating to my inability to pay the fees and costs of prosecuting an appeal are true and correct:

(a) I am not presently employed;

(b) I have not been employed for the past Six (6) years from the lack of prison jobs being available;

(c) I have not received within the past Twelve (12) months any income from a business, profession or other form of self-employment, or in the form of rent receipts, (payment) interest, dividends, pensions, annuities, social security, support payments or other sources;

(d) I do not own any real estate, stocks, bonds, notes, automobiles, or other valuable property;

(e) I do not have any persons who are dependent upon me for support;

(f) At the current moment I have $66.47 in my prison account.

3. I understand that a false statement or answer to any question in this verified statement will subject me to the penalties provided by law.

Respectfully submitted,

By: [signature]
CURTIS BRANDON DV-2954
Box 244
Graterford, PA. 19426-0244
Petitioner/Appellant, pro se

Date: February 14, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CURTIS BRANDON,<br>　　　　Petitioner | : | CIVIL ACTION NO. 00-1656 |
| | : | |
| V. | : | Judge Gustave Diamond/ |
| | : | Magistrate Judge Sensenich |
| PHILIP JOHNSON, Superintendent,<br>SCI-Pittsburgh; MICHAEL FISHER,<br>Attorney General of Pennsylvania,<br>and STEPHEN A. ZAPPALA, JR.,<br>District Attorney of Allegheny County<br>　　　　Respondents' | :<br>:<br>:<br>:<br>: | |

## CERTIFICATION OF SERVICE

I, CURTIS BRANDON, Petitioner, hereby certify that on February 14, 2006, I caused to be served a true and correct copy of the foregoing documents entitled "PETITIONER'S "NOTICE OF APPEAL"" and "IN FORMA PAUPERIS VERIFIED STATEMENT" by depositing the same in the United States Mail, First-class, postage prepaid, to the person listed below as the following:

Office of the District Attorney
Paul R. Scholla, Esquire
County of Allegheny
303 Courthouse
Pittsburgh, PA. 15219-2489

　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　CURTIS BRANDON
　　　　　　　　　　　　　　　　　　　　　　　Petitioner/Appellant, pro se

2