IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CURTIS BRANDON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 00-1656 |
| | ) |
| PHILIP JOHNSON, Superintendent, | ) |
| SCI-Pittsburgh; MICHAEL FISHER, | ) |
| Attorney General of PA, and | ) |
| STEPHEN A. ZAPPALA, JR., | ) |
| | ) |
| Respondents. | ) |

ORDER OF COURT

AND NOW, this 1st day of March, 2006, petitioner having filed a Motion for Production of Documents Pursuant to Fed. R. Cr. P. 34 (Document No. 75), IT IS ORDERED that petitioner's motion be, and the same hereby is, **denied**.

/s/ Gustave Diamond
Gustave Diamond
United States District Judge

cc: Curtis Brandon

Stephen A. Zappala, Jr.
W. Richard Booth
Office of the District Attorney
401 Allegheny County Courthouse
Pittsburgh, PA 15219

AO 72A
(Rev.8/82)